1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   MIGUEL ANTONIO RODRIGUEZ

6

7

8

9                  UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,        )   Case No. 2:12-cr-0240-MCE
12                                   )
                   Plaintiff,        )
13                                   )   STIPULATION REGARDING
          v.                         )   EXCLUDABLE TIME PERIODS
14                                   )   UNDER SPEEDY TRIAL ACT;
   MIGUEL ANTONIO RODRIGUEZ,         )   FINDINGS AND ORDER
15                                   )
                                     )   Date:  September 27, 2012
16                 Defendant.        )   Time:  9:00 a.m.
                                     )   Judge: Morrison C. England
17  _____)

18

19

20      It is hereby stipulated and agreed to between the United States of

21  America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant

22  MIGUEL ANTONIO RODRIGUEZ by and through his counsel, BENJAMIN GALLOWAY,

23  Assistant Federal Defender, that the status conference set for

24  Thursday, August 30, 2012, be continued to Thursday, September 27,

25  2012, at 9:00 a.m..

26      The reason for this continuance is to allow defense counsel

27  additional time to review discovery with the defendant, to examine

28  possible defenses and to continue investigating the facts of the case.

1    The parties stipulate that the ends of justice served by the

2  granting of such continuance outweigh the interests of the public and

3  the defendant in a speedy trial.

4    Speedy trial time is to be excluded from the date of this order

5  through the date of the status conference set for September 27, 2012,

6  pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to

7  prepare] (Local Code T4).

8  DATED: August 28, 2012        Respectfully submitted,

9                                DANIEL J. BRODERICK
                                 Federal Defender

10                               /S/ Benjamin Galloway

11                               BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant

12                               MIGUEL ANTONIO RODRIGUEZ

13

14  DATED: August 28, 2012        BENJAMIN B. WAGNER
                                 United States Attorney

15

16                               /s/ Benjamin Galloway for

                                 PAUL HEMESATH
                                 Assistant U.S. Attorney

17                               Attorney for Plaintiff

18

19                          **O R D E R**

20    Based on the stipulation of the parties and good cause appearing

21  therefrom, the Court hereby adopts the stipulation of the parties in

22  its entirety as its order.  It is hereby ordered that the presently set

23  August 30, 2012 status conference shall be continued to September 27,

24  2012, at 9:00 a.m..  It is further ordered that the time period from

25  the date of the parties' stipulation, August 28, 2012, through and

26  including the date of the new status conference, September 27, 2012,

27  shall be excluded from computation of time within which the trial of

28  this matter must be commenced under the Speedy Trial Act, pursuant to

**2**

18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for
defense counsel to prepare].

The Court hereby finds that the failure to grant a continuance in
this case would deny defense counsel reasonable time for effective
preparation taking into account the exercise of due diligence.  The
Court specifically finds that the ends of justice served by the
granting of such continuance outweigh the interests of the public and
the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: August 30, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE