DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MIGUEL ANTONIO RODRIGUEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIGUEL ANTONIO RODRIGUEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. 2:12-cr-0240-MCE <br><br> STIPULATION REGARDING <br> EXCLUDABLE TIME PERIODS <br> UNDER SPEEDY TRIAL ACT; <br> FINDINGS AND ORDER <br><br> Date:  September 27, 2012 <br> Time:  9:00 a.m. <br> Judge: Morrison C. England |

   It is hereby stipulated and agreed to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant MIGUEL ANTONIO RODRIGUEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, August 30, 2012, be continued to Thursday, September 27, 2012, at 9:00 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

1  The parties stipulate that the ends of justice served by the
2  granting of such continuance outweigh the interests of the public and
3  the defendant in a speedy trial.
4  Speedy trial time is to be excluded from the date of this order
5  through the date of the status conference set for September 27, 2012,
6  pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to
7  prepare] (Local Code T4).

DATED: August 28, 2012   Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
MIGUEL ANTONIO RODRIGUEZ

DATED: August 28, 2012   BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
PAUL HEMESATH
Assistant U.S. Attorney
Attorney for Plaintiff

///
///
///

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set August 30, 2012 status conference shall be continued to September 27, 2012, at 9:00 a.m..  It is further ordered that the time period from the date of the parties' stipulation, August 28, 2012, through and including the date of the new status conference, September 27, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

The Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: September 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**3**