```
DANIEL J. BRODERICK, #89424
Federal Defender
BENJAMIN D. GALLOWAY, CA Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL ANTONIO RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-00240-MCE |
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER THEREON |
| MIGUEL ANTONIO RODRIGUEZ, | |
| Defendant. | Date:  December 6, 2012<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant MIGUEL ANTONIO RODRIGUEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, October 25, 2012, be continued to Thursday, December 6, 2012 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses, and to continue investigating the facts of the case.

///

///

1    The parties stipulate that the ends of justice served by the
2 granting of such continuance outweigh the interests of the public and
3 the defendant in a speedy trial.
4    Speedy trial time is to be excluded from the date of this order
5 through the date of the status conference set for December 6, 2012,
6 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to
7 prepare], Local Code T4.
8 Dated:  October 22, 2012
                                        Respectfully submitted,
9
                                        DANIEL J. BRODERICK
10                                       Federal Defender

11

12                                       /s/ Benjamin Galloway
                                        BENJAMIN D. GALLOWAY
13                                       Assistant Federal Defender
                                        Attorney for Defendant
14                                       MIGUEL ANTONIO RODRIGUEZ

15 Dated:  October 22, 2012

16                                       BENJAMIN B. WAGNER
                                        United States Attorney
17

18                                       /s/ Benjamin Galloway for
                                        PAUL HEMESATH
19                                       Assistant U.S. Attorney
                                        Attorney for Plaintiff
20

21

22

23

24

25

26 ///

27 ///

28 ///

Stipulation/Order                    -2-

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set October 25, 2012 status conference shall be continued to December 6, 2012 at 9:00 a.m.

It is further ordered that the time period from the date of the parties' stipulation, October 22, 2012, through and including the date of the new status conference, December 6, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

The Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: October 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE