DANIEL J. BRODERICK, #89424
Federal Defender
BENJAMIN D. GALLOWAY, CA Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL ANTONIO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-00240-MCE |
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| MIGUEL ANTONIO RODRIGUEZ, | |
| Defendant. | Date: January 24, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant MIGUEL ANTONIO RODRIGUEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, December 6, 2012, be continued to Thursday, January 24, 2013 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses, and to continue investigating the facts of the case.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and

the defendant in a speedy trial.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 24, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare], Local Code T4.

Dated:   November 29, 2012

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                      Federal Defender

                                        /s/ Benjamin Galloway
                                        BENJAMIN D. GALLOWAY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MIGUEL ANTONIO RODRIGUEZ

Dated:   November 29, 2012

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Benjamin Galloway for
                                        PAUL HEMESATH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## **O R D E R**

    Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set December 6, 2012 status conference shall be **continued to January 24, 2013 at 9:00 a.m.**

    It is further ordered that the time period from the date of the parties' stipulation, November 29, 2012, through and including the date of the new status conference, January 24, 2013, shall be excluded from computation of time within which the trial of this matter must be

commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

The Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: December 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation/Order                              -3-