```
JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL ANTONIO RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>MIGUEL ANTONIO RODRIGUEZ,<br><br>            Defendant.<br>_____ | No. 2:12-cr-00240-MCE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER EXCLUDING TIME<br><br>Date:  February 21, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |

   IT IS HEREBY STIPULATED AND AGREED to between the United States of America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant MIGUEL ANTONIO RODRIGUEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, January 24, 2013, be continued to Thursday, February 21, 2013 at 9:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses, and to continue investigating the facts of the case.

   The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 21, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare], Local Code T4.

Dated: January 17, 2013

          Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ Benjamin Galloway
BENJAMIN D. GALLOWAY
Assistant Federal Defender
Attorney for Defendant
MIGUEL ANTONIO RODRIGUEZ

Dated: January 17, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
PAUL HEMESATH
Assistant U.S. Attorney
Attorney for Plaintiff

///

///

///

Stipulation/Order     -2-

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set January 24, 2013 status conference shall be continued to February 21, 2013 at 9:00 a.m.

It is further ordered that the time period from the date of the parties' stipulation, through and including the date of the new status conference, February 21, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

The Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: January 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE