```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar #214897
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MIGUEL ANTONIO RODRIGUEZ

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       ) No. 2:12-cr-240 MCE
                                    )
12              Plaintiff,          )
                                    ) STIPULATION TO CONTINUE STATUS
13      v.                          ) CONFERENCE AND ORDER EXCLUDING
                                    ) TIME
14  MIGUEL ANTONIO RODRIGUEZ,       )
                                    ) Date:  May 2, 2013
15              Defendant.          ) Time:  9:00 a.m.
                                    ) Judge: Hon. Morrison C. England
16  _____)
```

17      IT IS HEREBY STIPULATED AND AGREED to between the United States of
18  America through PAUL HEMESATH, Assistant U.S. Attorney, and defendant
19  MIGUEL ANTONIO RODRIGUEZ by and through his counsel, BENJAMIN GALLOWAY,
20  Assistant Federal Defender, that the status conference set for
21  Thursday, March 28, 2013, be continued to Thursday, May 2, 2013 at 9:00
22  a.m.

23      The reason for this continuance is to allow defense counsel
24  additional time to review discovery with the defendant, to examine
25  possible defenses, and to continue investigating the facts of the case.

26      The parties stipulate that the ends of justice served by the
27  granting of such continuance outweigh the interests of the public and
28  the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 2, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare], Local Code T4.

Dated: March 26, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender


/s/ Benjamin Galloway
BENJAMIN D. GALLOWAY
Assistant Federal Defender
Attorney for Defendant
MIGUEL ANTONIO RODRIGUEZ

Dated: March 26, 2013

BENJAMIN B. WAGNER
United States Attorney


/s/ Benjamin Galloway for
PAUL HEMESATH
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set March 28, 2013 status conference shall be continued to May 2, 2013 at 9:00 a.m.

It is further ordered that the time period from the date of the parties' stipulation, through and including the date of the new status conference, May 2, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local

1 | Code T4 [reasonable time for defense counsel to prepare].
2 |     The Court hereby finds that the failure to grant a continuance in
3 | this case would deny defense counsel reasonable time for effective
4 | preparation taking into account the exercise of due diligence.  The
5 | Court specifically finds that the ends of justice served by the
6 | granting of such continuance outweigh the interests of the public and
7 | the defendant in a speedy trial.
8 |     **IT IS SO ORDERED.**
9 | Date:  March 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE